```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


NANCY MARIAN WHITTY                              CIVIL ACTION

VERSUS                                           NO. 06-1835

THE NEW ORLEANS POLICE                           SECTION "F"
DEPARTMENT ET AL.
```

ORDER

Before the Court is the plaintiff's Motion to Reinstate and for Other Relief Requested, in which the plaintiff requests that the Court: (1) reinstate the claims against the dismissed defendants, the New Orleans Police Department and Officer Denton; (2) enter a default judgment against all of the defendants; and (3) strike the Motion to Dismiss filed by the City of New Orleans, Mayor Nagin, and Police Superintendant Warren Riley.  This motion is DENIED in part and GRANTED in part.

IT IS ORDERED: that the plaintiff's request that the Court reinstate claims against the New Orleans Police Department and Officer F. Denton is GRANTED.  Accordingly, the New Orleans Police Department and Officer Denton must file responsive pleadings within twenty days.

IT IS FURTHER ORDERED: that the plaintiff's request for a default judgment is DENIED as to Mayor Nagin, the City of New Orleans, and Police Superintendant Riley because these defendants have filed an appropriate responsive pleading.  Additionally, the

1

plaintiff's request for default judgment as to the New Orleans Police Department and Officer Denton is DENIED as premature.

FINALLY, IT IS ORDERED: the plaintiff's request to strike the defendants' Motion to Dismiss is DENIED as frivolous.  The defendants' Motion to Dismiss satisfies the procedural requirements of Local Rule 7.4.

New Orleans, Louisiana, August 16, 2006.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE